ALEX PIERCEY CO., INC., Plaintiff, v. PETER MULKIEWICZ, Appellant, and JOSEPH SZCZESNY, Respondent.— Order denying defendant Mulkiewicz's motion to open his default in pleading reversed upon the law and the facts, without costs, and motion granted upon condition (1) that defendant Mulkiewicz serve his answer within three days after the entry of the order; (2) that the date of issue remain unchanged; (3) that he proceed without further notice to the trial of the issues involved in his pleading in the reference now pending before the official referee; and (4) that he pay fifty dollars as terms to defendant Szczesny. The order of the Special Term is technically correct, but in view of the character of the situation herein and in furtherance of justice (Civ. Prac. Act, § 584)* we will deem to have been granted, or so far as necessary grant, permission to defendant Mulkiewicz to renew the motion which had been denied, and upon such renewal grant the motion to open the default and allow defendant Mulkiewicz to plead. This course is pursued because it is the most practical method of disposing of all the controversies affecting this building operation, since they may be thus disposed of in the action which is now pending under circumstances that involve no prejudice to the respondent herein or any other party litigant, especially since the time within which defendant Mulkiewicz might begin an action on his counterclaim has not expired. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

ELIZABETH PRITZKER, Respondent, v. ERIC WYSER and Others, Copartners Doing Business under the Firm Name and Style of WYSER & DINER, Appellants.— Order granting plaintiff's motion for examination before trial and for production and inspection of defendants' books and papers affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place named in the order and at an hour to be stated in the notice. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURNS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINFIELD E. CORBETT, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER DANIELS, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD NELSON, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

* Amd. by Laws of 1926, chap. 215.— [REP.